

December 7, 2022

**By ECF**
The Honorable Lorna G. Schofield
United States District Court Judge
Thurgood Marshall Building
United States Courthouse
40 Foley Square
New York, NY 10007

      Re: **Drabinsky v. Actors' Equity Association; 22-cv-08933 (LGS)**

Dear Judge Schofield:

      We represent plaintiff Garth Drabinsky ("Drabinsky"). On November 17, 2022, the Court ordered that the Amended Complaint in the matter be filed by December 9, 2022. We write to ask for the Court's permission for Drabinsky to serve the Amended Complaint by email on defendant on Friday, December 9, 2022, and, in light of the significant implications therein, ask that we be permitted to afford defendant the time to discuss the matter internally. We would, therefore, file the Amended Complaint on Tuesday, December 13, 2022.

Respectfully submitted,

Richard A. Roth

Application GRANTED. Plaintiff's deadline to file the Amended Complaint is extended to **December 13, 2022**. In the future, Plaintiff shall note in any extension request whether the Defendant consents or objects to the request.

Dated: December 7, 2022
New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

295 Madison Avenue, Floor 22 • New York, NY 10017 • p: (212) 542-8882 • f: (212) 542-8883 www.rrothlaw.com