

**Olivia R. Singer**
o   212-356-0206
f   646.473.8206
osinger@cwsny.com
www.cwsny.com

900 Third Avenue, Suite 2100 • New York, NY 10022-4869

February 13, 2022

By ECF

Honorable Lorna G. Schofield
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Drabinsky v. Actors' Equity Association*, No. 22-CV-8933 (LGS)

Dear Judge Schofield:

The parties submit this joint status letter pursuant to Paragraph 13(a) of the December 7, 2022 Civil Case Management Plan and Scheduling Order in this matter, and Rule IV.A.2 of Your Honor's Individual Rules.

1. Discovery To Date

On January 18, 2023, both parties propounded initial requests for production of documents, and the plaintiff additionally propounded interrogatories. The responses to each of those discovery requests are due on February 17, 2023, and pursuant to the Case Management Plan each party must produce responsive documents by February 22, 2023.  To date (on January 25), the defendant has produced its insurance policies pursuant to its initial disclosures.

2. Procedural History

The plaintiff filed the original complaint which asserted state law tort claims on October 20, 2022.  The Case Management Plan was then entered on December 7, 2022.  On December 13, 2022, the plaintiff filed a first amended complaint that added antitrust claims to the action.  On January 10, 2023, the defendant filed a motion to dismiss the first amended complaint in its entirety, and the plaintiff timely filed his opposition papers.  The motion will be fully briefed on February 14, 2023.  On January 3, 2023, the court denied the defendant's motion to stay discovery pending the decision on the motion to dismiss.

3. Discovery Plans

The parties have thus far complied with all discovery deadlines and are working diligently to comply with the February 22 deadline to produce documents.



Page 2

                                                                                       Respectfully submitted,

                                                                                       */s/ Olivia R. Singer*

                                                                                       Olivia R. Singer

CC:    All Counsel (via ECF)