**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
GARTH DRABINSKY,

                      Plaintiff,

     -against-                                  22 **CIVIL** 8933 (LGS)

                                                              **JUDGMENT**

ACTORS' EQUITY ASSOCIATION,

                      Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 14, 2023, Defendant Actors' Equity Association's motion to dismiss is GRANTED and the FAC is dismissed with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

     April 14, 2023

                                                               **RUBY J. KRAJICK**

                                                                 Clerk of Court

                                         **BY:**

                                                                   **Deputy Clerk**